# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00730-CV

**In re Kenneth Gordon**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Kenneth Gordon has filed a petition for writ of mandamus, complaining of the trial court's order granting a joint motion for new trial filed by the Texas Department of Family and Protective Services and his children's attorney ad litem. *See* Tex. R. App. P. 52.1. Having carefully reviewed the petition, responses, and record, we deny the petition for writ of mandamus.

_____

David Puryear, Justice

Before Justices Puryear, Rose and Field

Filed:   December 11, 2013